**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50011 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00618-PA |
| v. | |
| ARMANDO TORRES-NAVARETTE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted February 16, 2010[**]

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Armando Torres-Navarette appeals from the 30-month sentence imposed

after his guilty-plea conviction for being an illegal alien found in the United States

following deportation, in violation of 8 U.S.C. § 1326.  We have jurisdiction

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

pursuant to 28 U.S.C. § 1291, and we affirm.

Torres-Navarette contends the district court procedurally erred by, among other things, departing upward pursuant to U.S.S.G. § 4A1.3 for under-represented criminal history. The district court did not err in imposing Torres-Navarette's sentence. *See United States v. Mohamed*, 459 F.3d 979, 986 (9th Cir. 2006); *see also United States v. Higuera-Llamos*, 574 F.3d 1206, 1212 (9th Cir. 2009).

Torres-Navarette also contends his sentence is substantively unreasonable. In light of the totality of the circumstances of this case and the 18 U.S.C. § 3553(a) sentencing factors, the sentence is substantively reasonable. *See Gall v. United States*, 552 U.S. 38, 51 (2007); *United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc) (appellate courts are to give due deference to the district court's decision that the § 3553(a) factors, on a whole, justify the extent of the variance).

**AFFIRMED.**